Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Luis Alonso Cabrera, et al.<br><br>Defendants. | CASE NO. 2:14-cv-02667-JAM-EFB<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LUIS ALONSO CABRERA AND MARIA CRISTINA RAMOS CABRERA individually and d/b/a TAQUERIA AND PUPUSERIA ISABEL |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants LUIS ALONSO CABRERA AND MARIA CRISTINA RAMOS CABRERA individually and d/b/a TAQUERIA AND PUPUSERIA ISABEL, that the above-entitled defendants are hereby dismissed **without prejudice** and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 16, 2016, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

**STIPULATION OF DISMISSAL**
Case No. 2:14-cv-02667-JAM-EFB
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 9/14/16      /s/
**LUIS ALONSO CABRERA**
individually and d/b/a TAQUERIA & PUPUSERIA ISABEL

Dated: 9/14/16      /s/
**MARIA CRISTINA RAMOS CABRERA**
individually and d/b/a TAQUERIA & PUPUSERIA ISABEL

**IT IS SO ORDERED**:

Dated: 9/29/2016

/s/ John A. Mendez
**The Honorable John A. Mendez
United States District Court Judge
Eastern District of California**